IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YVETTE LINDA SPRIGGS

    Plaintiff

vs.                                  Case No.: JFM01CV0280

PUBLIC SERVICE COMMISSION
OF MARYLAND

    Defendant

## JOINT REPORT REGARDING DEPOSITION HOURS

Parties, by their undersigned counsel, make this joint Report regarding Deposition hours.

1. Each party is designated 20 hours for deposition, for a total of 40 hours maximum between the parties.

Respectfully,

_____  
Miles Mitchell  
Deputy General Counsel  
Maryland Public service Commission  
6 St. Paul Street  
Baltimore, Md. 21202  
410-767-8000

_____  
Sherrie T. Howell-Young  
Attorney at Law  
2122 Maryland Ave.  
Baltimore, Maryland 21218  
410-752-1646  
Trial Bar No.10798