UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

October 3, 2001

Memo To Counsel Re: Yvette Spriggs v. Public Service Commission of Maryland
Civil No. JFM-01-280

Dear Counsel:

I am in receipt of your joint status report and accompanying letter requesting a modification of the scheduling order.

The scheduling order is hereby modified as follows:

| | |
|---|---|
| November 26, 2001 | Discovery deadline; status report due |
| December 3, 2001 | Requests for admissions |
| January 8, 2002 | Summary judgment motions deadline |

You will note that the only date different from that proposed in your joint letter is the summary judgment motions deadline. I do not want to set the date you proposed (December 26, 2001) because it might interfere with your holidays.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

