IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVETTE LINDA SPRIGGS | * | |
| | * | |
| v. | * | Civil No. JFM-01-280 |
| | * | |
| PUBLIC SERVICE COMMISSION OF MARYLAND | * | |
| | * | |

*****

ORDER

Upon consideration of defendant's motion for order compelling discovery, it is, this 26th day of October 2001

ORDERED

1. The motion is granted; and

2. Plaintiff is directed to respond to defendant's pending interrogatories and request for production of documents on or before November 9, 2001.

J. Frederick Motz
United States District Judge

