IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YVETTE LINDA SPRIGGS

    Plaintiff

vs.                               Case No.: JFM01CV0280

PUBLIC SERVICE COMMISSION
OF MARYLAND

    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER GRANTING MOTION
FOR EXTENSION OF TIME

UPON Consideration of Plaintiff's Request for An Extension of Time in which to respond to Defendant's Motion For Summary Judgment and there being no objection thereto it is hereby ORDERED that the Plaintiff's Motion is GRANTED and,

IT IS FURTHER ORDERED that the Plaintiff shall have until February 25, 2002 to file a Response to the Defendant's Motion for Summary Judgment.

                                         Judge,
                                         U.S. District Court for the
                                         District of Maryland

