IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YVETTE LINDA SPRIGGS  *
          *
v.          *  Civil No. JFM-01-280
          *
PUBLIC SERVICE COMMISSION OF *
MARYLAND       *
         *****

ORDER

Plaintiff has filed a motion for leave to file out of time. The motion is granted.

Date: February 28, 2002

J. Frederick Motz
United States District Judge