IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVETTE LINDA SPRIGGS | * | |
| | * | |
| v. | * | Civil No. JFM-01-0280 |
| | * | |
| PUBLIC SERVICE COMMISSION | * | |
| OF MARYLAND | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this _17_ day of April 2002

ORDERED

1. Defendant's motion for summary judgment against plaintiff as to all counts of plaintiff's complaint is granted; and

2. Judgment is entered in favor of defendant against plaintiff.

_____
J. Frederick Motz
United States District Judge